IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHNNY L. BUTLER                                              PETITIONER

vs.                         2:09CV00159 HLJ

T. C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                   RESPONDENT

## ORDER

The court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2241 petition for a writ of habeas corpus in its entirety, with prejudice.

IT IS SO ORDERED this 9th day of March, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE