```
          IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                   EASTERN DIVISION
```

JOHNNY L. BUTLER                                        PETITIONER

vs.                      2:09CV00159 HLJ

T. C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                             RESPONDENT

### JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 9th day of March, 2010.

                                    /s/Wm. R. Wilson, Jr.
                                 UNITED STATES DISTRICT JUDGE